ALBERT CRANE ET AL., RESPONDENTS, v. PIETRO DE LUCA, APPELLANT.

Argued May 18, 1927—Decided October 17, 1927.

For the respondents, *Milton S. Goldberg.*

For the appellant, *Wolber & Gilhooly.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.